**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Z.K.M.,

Petitioner,

v.

David R Rivas, et al.,

Respondents.

No. CV-26-06996-PHX-JZB

**ORDER**

On September 29, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1.) In his Petition, Petitioner asserts that his current immigration detention is unconstitutional. (*Id.*) On September 30, 2026, the Court issued a Notice of General Order 26-09 directing Respondents to file an Answer within 7 calendar days, absent a terminating order from the Court. (Doc. 5.) On October 7, 2026, Respondents filed a Response, wherein they state:

> Respondents, through counsel, respond to the Petition for Writ of Habeas Corpus, (Doc. 1), and the Court's Order to Show Cause (Doc. 5). Undersigned counsel is unable to ascertain sufficient facts at this time to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondents do not oppose Petitioner's request for release on an Order of Supervision at this time.

(Doc. 9.)

The Court accepts this concession as non-opposition to granting Petitioner's Habeas Corpus Petition as to his request for immediate release from U.S. Department of Homeland

Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (doc. 1) is **GRANTED** as to his request for immediate release from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall **IMMEDIATELY** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **THREE (3) DAYS** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 7th day of October, 2026.

Honorable John Z. Boyle
United States Magistrate Judge